# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 14, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder,
Justices

156231(49)

TOWNSHIP OF LOCKPORT,
     Plaintiff-Appellee,

v

CITY OF THREE RIVERS,
     Defendant-Appellant.

_____/

SC:  156231
COA:  331711
St. Joseph CC:  16-000104-CZ

On order of the Chief Justice, the motion of the Michigan Townships Association to file a brief amicus curiae in opposition to the application for leave to appeal is GRANTED.  The amicus brief submitted on November 6, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 14, 2017



Clerk